**Dismissed and Opinion Filed June 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00537-CV**

**GUADALUPE CARBRERA-VALDEZ AND CLAUDIA MARISELA ALVARADO HERNANDEZ, Appellants**
**V.**
**QBE AMERICAS, INC. AND PRAETORIAN INSURANCE COMPANY, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00690-B**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

Before the Court is appellants' June 22, 2018 unopposed motion to dismiss the appeal. In the motion, appellants state they have settled their dispute with appellees and want to dismiss their appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180537F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GUADALUPE CARBRERA-VALDEZ
AND CLAUDIA MARISELA
ALVARADO HERNANDEZ, Appellants

No. 05-18-00537-CV        V.

QBE AMERICAS, INC. AND
PRAETORIAN INSURANCE
COMPANY, Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-00690-B.
Opinion delivered by Justice Bridges,
Justices Brown and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellees QBE AMERICAS, INC. AND PRAETORIAN INSURANCE COMPANY recover their costs, if any, of this appeal from appellants GUADALUPE CARBRERA-VALDEZ AND CLAUDIA MARISELA ALVARADO HERNANDEZ.

Judgment entered June 29, 2018.